**RESNICK & LOUIS, P.C.**
JEFFREY PITEGOFF, SB # 5458
415 S. 6TH STREET, SUITE 300
LAS VEGAS, NV 89101
PH:  (702) 333-1936
FAX: (702) 933-8673
EMAIL: JPITEGOFF@LAWPITEGOFF.COM

*Attorneys for Diamond Resorts International Marketing, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CONSTANCE LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC.<br><br>    Defendant. | CASE NO. 2:13-CV-01465-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

The parties, by and through their respective attorneys of record, hereby stipulate that this lawsuit may be dismissed, with prejudice, with all parties to bear their own court costs and attorney's fees.

Dated this 30th day of January, 2014.

| | |
|---|---|
| GABROY LAW OFFICES<br>  /s/ Alan J. Reinach<br>Christian Gabroy, Esq.<br>Alan J. Reinach, Esq. *pro hac vice*<br>170 S. Green Valley Pkwy, Ste 280<br>Henderson, NV 89102<br>*Attorney for Plaintiff* | RESNICK & LEWIS<br>  /s/ Jeffrey Pitegoff<br>Jeffrey I. Pitegoff, Esq.<br>415 S. 6th Street, Ste 300<br>Las Vegas, NV 89101<br>*Attorney for Defendant* |

**IT IS SO ORDERED** this 31st day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE